Holly Sutherland, ISB #9521
Avery Law
3090 E. Gentry Way, Ste 150
Meridian, ID 83646
Telephone: (208) 639-9400
Facsimile:  (208) 524-3020

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No. 22-40048-JMM |
|---|---|---|
| | ) | |
| | ) | |
| Richard Lamb, | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

DEBTOR'S OBJECTION TO TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

COMES NOW Richard Lamb, Debtor herein, by and through Holly Sutherland of Avery Law, counsel of record, and hereby objects to the Trustee's Objection to the Claim of Exemption.

1. Debtor claims an exemption on funds held in a savings account at DL Evans Bank pursuant to Idaho Code sections 41-1833(1) and 41-1930 as the funds are from proceeds from two (2) life insurance policies paid out on Debtor's deceased spouse in which Debtor was the beneficiary. Idaho Code § 41-1833(1) provides that proceeds of life insurance paid to the beneficiary of an insurance policy is exempt from liability of debts owed by the beneficiary that existed at the time the policy is available for use. Debtor was the beneficiary of two (2) separate life insurance policies insuring his deceased spouse. One policy was through Prudential/NEA. Debtor is unsure of the name of the second insurer. Debtor is currently working on getting documentation from Prudential

and the other insurer to provide to the trustee to verify the source of the funds in the savings account were the life insurance proceeds. Because Debtor was the beneficiary of both life insurance policies, the claim of exemption of the funds in the saving account pursuant to I.C. § 41-1833(1) is appropriate.

WHEREFORE, Debtor prays the Trustee's Objection to the Claim of Exemptions be denied.

Dated this 25th day of March, 2022

/s/ Holly Sutherland
Attorney for Debtor

CERTIFICATE OF SERVICE

COMES NOW Melissa Geary and hereby certifies that on March 25, 2022, I electronically filed the Debtor's Objection to the Trustee's Objection to the Claim of Exemption using the CM/ECF system, which sent a Notice to the following persons:

Kathleen McCallister @ kam13trustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the above-mentioned on March 25, 2022, to the following person(s) by mailing with the necessary postage affixed thereto.

Richard Lamb
698 N. 2700 E.
Roberts, ID 83444

/s/ Melissa Geary